**Order entered August 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00042-CV

### FIRST OVILLA, LLC, Appellant

### V.

### JOHN PRIMM, ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-01696-A**

## ORDER

Before the Court is appellee John Primm's August 19, 2019 third motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **August 26, 2019**. We caution Mr. Primm that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE
